The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Chapter 7 Trustee*
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Fred S. Kantrow, Esq.
516 450 7745

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                          Chapter 7
                                                                Case No.: 20-73289-ast

MANUEL D. MARCIA OLIVA and
WUANDA BODDEN MARTINEZ,

                                    Debtors.
-------------------------------------------------------------------x

## AFFIDAVIT IN SUPPORT OF RETENTION

Fred S. Kantrow, being duly sworn deposes and says:

1.      I am a member of The Kantrow Law Group, PLLC (the "Firm") and make this

Affidavit in support of the application by Allan B. Mendelsohn, Chapter 7 Trustee (the "Trustee")

for the Estate of Manuel D. Marcia Oliva and Wuanda Bodden Martinez (the "Debtors"), for an

order authorizing the Trustee to retain the Firm as counsel to the Trustee in this case.

2.      I am admitted to practice before this Court.  The Firm has over seventeen (17) years

of legal experience in the bankruptcy field and bankruptcy presently constitutes ninety-five (95%)

percent of the Firm's practice.

3.      The undersigned has read and is generally familiar with the Bankruptcy Code

together with current amendments, the Bankruptcy Rules, the Local Rules of this Court and this

Court's Chamber's Rules.

4.      The Firm is competent to represent the interest of the Trustee, on whose behalf

representation is now sought in all proceedings now pending or which may reasonably be expected.

5.      The Firm does not hold or represent an interest adverse to the Trustee, the Debtor or the estate, creditors or any other interested person with regard to the matters for which the Firm is being retained and is disinterested as that term is defined in 11 U.S.C. § 101(14).

6.      As the result of inquiries, deponent believes that the Firm and the undersigned have no connection with the Debtor, any of the Debtor's creditors or any other party in interest or their respective attorneys.

7.      It is anticipated that compensation will be paid to the Firm as counsel to the Trustee from Debtor's estate, upon proper application therefor on an hourly basis.  The Firm's current billing rates are as follows:

            Paraprofessionals       $75.00 - $125.00 per hour

            Partners               $600.00 per hour

8.      The Trustee has not paid to, nor has the Firm accepted, any retainer amount in connection with the case.

9.      In accordance with Rule 2014-1(iii) of the Local Bankruptcy Rules for the Eastern District of New York as to whether the professional person has previously rendered any professional services to the trustee, debtor, debtor in possession, the extent thereof and the status of the compensation therefor, the Court is respectfully referred to the following chart for a listing of all active Chapter 7 cases in which the Firm has been retained as counsel to the Trustee together with the status of the case (all active cases continue to accrue fees on an hourly basis as work is performed):

| Case Name | Chapter 7 Case Number | Status of Case |
|---|---|---|
| ALLSTATE MERCHANT SERVICES, LLC | 14-73613-las | Active |
| DONNELLY COMMODITIES, INC. | 09-79349-las | Active |

| FREDERICK L. IPPOLITO | 12-70632-ast | Active |
|---|---|---|
| SHENAZ KHAN | 14-75498-reg | Active |
| APCO MERCHANT | 14-73607-las | Active |
| ALEX MAGLIOCHETTI | 17-75469-ast | Active |
| JOHN A. WALCZUK | 17-76195-reg | Active |
| JOHN MICHAEL IOANNOU | 18-75257-ast | Active |
| EVANGELOS TRINGAS | 18-72690-reg | Active |
| ADEL KELLEL | 18-76679-las | Active |
| JOANNE GRADILONE | 19-70081-reg | Active |
| PETLAND DISCOUNTS, INC | 19-72292-reg | Active |
| SALVATORE CAROLLO AND JUDY ANN CAROLLO | 09-73182-reg | Active |
| HYUNG TACK HONG AND YEON OG CHO | 19-72287-las | Active |
| SAGAR KHANNA AND KIRAN YASIN | 18-77007-ast | Active |
| GREGG S. WEINSTEIN | 19-74950-ast | Active |
| LEONARD ROBERT LEFF A/K/A LENNY LEFF | 19-73377-reg | Active |
| BAY TERRACE PLAZA LLC | 19-73115-reg | Active |
| YUVAL GOLAN | 19-75598-reg | Active |
| APOLLO H.V.A.C. | 19-76981-ast | Active |
| SHERI HERSKOVITS | 19-78057-ast | Active |
| HAMILTON ROAD REALTY | 19-72596-reg | Active |
| DIA M. CATANIA | 20-70768-las | Active |
| PAUL A. BRENNAN | 20-70161-ast | Active |
| DAVID COHEN | 20-71741-ast | Active |
| NAUSHAD HASAN | 20-71433-reg | Active |

| | | |
|---|---|---|
| UMA & EMMA, INC. | 20-70756-las | Active |
| ROB DIAMOND | 20-71878-reg | Active |
| SALVATORE LA BARCA | 20-72120-ast | Active |
| BERNARD DONDE | 20-72118-las | Active |
| SETH WEINSTEIN | 20-72215-cgm | Active |
| COMPUTERTORS | 20-72431-las | Active |
| ELIZABETH LONDONO-MINIER | 20-73283-reg | Active |
| SRS CAPITAL FUNDS INC. | 20-72883-reg | Active |
| MENDELSOHN-SVLAVOUNAKIS | 20-73483-ast | Pending |
| RANDALL GEORGE KOSTER | 20-73479-reg | Pending |

*/s/ Fred S. Kantrow*
Fred S. Kantrow

Sworn to before me this
31st day of January

S/Nico G. Pizzo
Nico G. Pizzo
Notary Public State of New York
Qualified in Suffolk County
No. 02PI6384544
Commission Exp. 12/17/2022