The Kantrow Law Group, PLLC
*Proposed Attorneys for Allan B. Mendelsohn, Trustee*
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Fred S. Kantrow, Esq.
516 450 7745

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **2/23/21** |
| EASTERN DISTRICT OF NEW YORK | TIME: **10:30 a.m.** |

-----------------------------------------------------------------------x

In re:

MANUEL D. MARCIA OLIVA and
WUANDA BODDEN MARTINEZ,

                      Debtors.

Chapter 7
Case No.: 20-73289-ast

-----------------------------------------------------------------------x

## NOTICE OF TRUSTEE'S APPLICATION SEEKING ENTRY OF AN ORDER EXTENDING TRUSTEE'S TIME TO OBJECT TO DEBTORS' DISCHARGE PURSUANT TO 11 U.S.C. § 727

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, the chapter 7 trustee (the "Trustee") in the above captioned matter, by and through his proposed attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. Alan S. Trust, Chief United States Bankruptcy Judge, for the entry of an Order, substantially in the form of the proposed Order annexed hereto extending the Trustee's time pursuant to section 727 of title 11 of the United States Code (the "Bankruptcy Code") extending the Trustee's time to commence an action seeking to deny the Debtors' discharge; on **FEBRUARY 23, 2021 at 10:30 a.m.** or as soon thereafter as counsel may be heard at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 960 pursuant to and consistent with the Court's COVID-19 National Emergency Procedures as set forth on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee's counsel, The Kantrow Law Group, PLLC, 6901 Jericho Turnpike, Suite 230, Syosset, New York 11791 to the attention of Fred S. Kantrow, Esq,; and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to

the attention of Stan Y. Yang, Esq; with a hard copy directed to the Court; and must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, be registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest by the appropriate electronic delivery method by not later than **February 16, 2021.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections may be considered by the Court.

Dated: Syosset, New York
January 31, 2021

                                                      The Kantrow Law Group, PLLC
                                                     *Proposed Attorneys for Allan B. Mendelsohn*

                                 BY:    <u>S/Fred S. Kantrow</u>
                                                   Fred S. Kantrow
                                                   6901 Jericho Turnpike, Suite 230
                                                   Syosset, New York 11791
                                                   516 450 7745
                                                   fkantrow@thekantrowlawgroup.com